AUSA:   Timothy E. Garcia          Telephone:  (313) 226-9522
Officer:          Jacob Harvey          Telephone:  (313) 500 9766

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.

Roberto DIAZ-Albarado,
a/k/a Carlos DIAZ-Alvarado

Case No.

Case: 2:26−mj−30341
Assigned To : Unassigned
Assign. Date : 6/5/2026
Description: RE: ROBERTO
DIAZ−ALBARADO (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 16, 2026 _____ in the county of _____ Wayne _____ in the
____ Eastern ____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Jacob Harvey, Deportation Officer
Immigration and Customs Enforcement
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ June 5, 2026 ___

City and state: __ Detroit, MI __

_____
*Judge's signature*

Hon. David R. Grand,  U.S. Magistrate Judge
*Printed name and title*

I, Jacob Harvey, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since October 5, 2025. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Roberto DIAZ-Albarado, a/k/a Carlos DIAZ-Alvarado, which reveal the following:

2. Roberto DIAZ-Albarado is a fifty-nine-year-old citizen and native of Honduras who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On or about July 31, 1995, United States Immigration and Naturalization Service inspectors at the Los Angeles International airport issued DIAZ-Albarado (AXXX XXX 511) a Notice to Applicant for Admission Detained for Hearing before Immigration Judge, Form I-122.

4. On January 25, 1996, an Immigration Judge ordered DIAZ-Albarado excluded and deported from the United States pursuant to Section 212(a)(5)(A)(i) and section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act.

5. On or about August 16, 1996, the Ventura Sherriff's Office arrested DIAZ-Albarado in Ventura, California for Violating Promise to Appear and False Information to a Peace Officer. The disposition is unknown.

6. On or about May 24, 1999, the United States Border Patrol encountered DIAZ-Albarado near the Gateway Port of Entry in Brownsville, Texas. Border Patrol processed DIAZ-Albarado using the name he gave at that time of Carlos DIAZ-Alvarado and issued him a Notice to Appear (NTA) with a new alien number (AXXX XXX 793). DIAZ-Albarado's removal hearing was set for November 15, 1999, and he was released due to insufficient detention space. DIAZ-Albarado failed to appear at his hearing and was ordered removed in absentia on November 15, 1999.

7. On or about February 26, 2004, the ICE officers encountered DIAZ-Albarado in Detroit, Michigan. ICE processed DIAZ-Albarado as having an outstanding exclusion/deportation order, issued on January 25, 1996. DIAZ-Albarado was

removed from the United States on March 4, 2004, at the Miami International Airport in Miami, Florida.

8.  On or about July 29, 2008, the ICE encountered DIAZ-Albarado at his residence in Detroit, Michigan. Immigration Customs Enforcement reinstated the prior exclusion/deportation order. DIAZ-Albarado was removed from the United States on August 8, 2008, at the Louis Armstrong International Airport in New Orleans, Louisiana.

9.  On or about April 14, 2009, the United States Customs and Border Protection encountered DIAZ-Albarado near the Ambassador Bridge in Detroit, Michigan. Customs and Border Protection reinstated the prior exclusion/deportation order. DIAZ-Albarado was removed from the United States on April 30, 2009, at the Louis Armstrong International Airport in New Orleans, Louisiana.

10. On or about April 5, 2016, the United States Border Patrol encountered DIAZ-Albarado near the Gateway Port of Entry in Brownsville, Texas. Border Patrol reinstated the prior exclusion/deportation order. DIAZ-Albarado was charged with violation Title 8, United States Code, Section 1325(a) and convicted on April 7, 2016. DIAZ-Albarado was sentenced to three days imprisonment (time served). DIAZ-Albarado was removed from the United States on April 13, 2016, at the Brownsville South Padre Island International Airport in Brownsville, Texas.

11. On May 16, 2026, ICE officers encountered DIAZ-Albarado at or near Detroit, Michigan. After confirming his identity and lack of lawful status in the United States, he was served with Form I-871, Notice of Intent/Decision to reinstate prior exclusion/deportation order entered on January 25, 1996.

12. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

13. On or about May 16, 2026, ICE Officers reviewed immigration file records and DHS electronic records, which revealed that DIAZ-Albarado, a native and citizen of Honduras, who had previously been removed from the United States on April 13, 2016, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

14. Based on the above information, I believe there is probable cause to conclude that Roberto DIAZ-Albarado, is an alien who was found in the United States after removal, without obtaining the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_____
Jacob Harvey, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

June 5, 2026